IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROYAL AGMBR LLC, a Louisiana limited liability company, ANDREW HUNTER HARMAN, an individual, JOHN DAVID SULLIVAN, an individual, MATTHEW A. BRANDMAN, an individual, REGAL RUSSELL PORTER, II, an individual. <br><br>     Plaintiffs, <br><br> v. <br><br> AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation, TOMBSTONE HOLDINGS, LLC, a Delaware limited liability company, BENJAMIN RICKETTS, an individual, ROBERT DE POL, an individual, PATRICK TORMAY BRITTON-HARR, an individual. <br><br>     Defendants. | CASE NO.: 8:23-cv-01117-SDM-CPT |

# JOINT MOTION FOR APPROVAL OF CONSENT JUDGMENT AGAINST SELECT DEFENDANTS

Pursuant to Rule 7(b)(1) of the Federal Rules of Civil Procedure and Local Rule 3.01, Plaintiffs, ROYAL AGMBR LLC, a Louisiana limited liability company, ANDREW HUNTER HARMAN, an individual, JOHN DAVID SULLIVAN, an individual, MATTHEW A. BRANDMAN, an individual, and REGAL RUSSELL PORTER, II, an individual (collectively, "*Plaintiffs*"), and Defendants, AEROVANTI, INC., a Delaware for-profit corporation, AEROVANTI AVIATION, LLC, a Delaware limited liability company, AEROVANTI AIRCRAFT, LLC, a Delaware limited liability company, AEROVANTI CAPITAL, LLC, a Delaware limited liability company, AEROVANTI MAINTENANCE, LLC, a Delaware limited liability company, AEROVANTI HANGAR, LLC, a Maryland limited liability company, AEROVANTI HANGAR, LLC, a Florida limited liability company, AEROVANTI BROKERAGE, INC., a Florida for-profit corporation (each a "*Select Defendant*", and collectively, the "*Select Defendants*"), by and through the undersigned lead counsel for the respective Parties, hereby jointly respectfully request approval of consent judgment against Select Defendants, jointly and severally, and in support therefore states as follows:

## INTRODUCTION

1. On May 22, 2023, Plaintiffs initiated this action by filing Plaintiffs' Verified Complaint (DE 1) for damages against Select Defendants and Defendants, Patrick Britton-Harr, an individual ("*Britton-Harr*"), Benjamin Ricketts, an individual ("*Ricketts*"), and Tombstone Holdings, LLC, a Delaware limited liability

company ("*Tombstone*") ("Britton-Harr", "Ricketts", and "Tombstone" shall collectively be referred to as, the "*Non-Select Defendants*"), in which Plaintiffs alleged, amongst other claims, claims for (i) piercing the corporate veil under the alter-ego theory, (ii) fraud, and (iii) breach of contract. (DE 1).

2. Rather than adjudicate the matter fully, Plaintiffs and Select Defendants engaged in lengthy, detailed negotiations amongst the undersigned lead counsel(s) for the respective Parties and agreed to resolve the claims alleged in Plaintiffs' Verified Complaint (DE 1) against Select Defendants by way of a Consent Judgment being entered in favor of Plaintiffs against Select Defendants, jointly and severally.

3. The proposed Consent Judgment, attached hereto as Exhibit "1", is the result of extensive, arms-length negotiations between Plaintiffs and Select Defendants and their respective counsel(s), and after having worked together in good faith, Plaintiffs and Select Defendants contend the terms of the proposed Consent Judgment, attached hereto as Exhibit "1", are fair, reasonable, and adequate.

4. In support of this Joint Motion, Plaintiffs and Select Defendants hereby notify this Honorable Court that Plaintiffs and Select Defendants have reached an agreement to settle this matter subject to, and in accordance with, the terms of the proposed Consent Judgment attached hereto as Exhibit "1", which shall serve to resolve all claims asserted in Plaintiffs' Verified Complaint (DE 1) against Select Defendants.

5. Moreover, Plaintiffs and Non-Select Defendants have not resolved the claims asserted in Plaintiffs' Verified Complaint (DE 1) against Non-Select

Defendants. As such, this action shall remain ongoing as it pertains to the claims asserted in Plaintiffs' Verified Complaint (DE 1) against Non-Select Defendants until such claims are either resolved by way of an agreement between Plaintiffs and Non-Select Defendants, or are adjudicated by this Honorable Court.[1]

6. For all the foregoing reasons and the authority cited in the memorandum of law which follows, Plaintiffs and Select Defendants respectfully request that this Honorable Court grant this Joint Motion for Approval of Consent Judgment Against Select Defendants; a proposed order has been attached hereto as Exhibit "2".

## MEMORANDUM OF LAW

The Supreme Court has long endorsed the propriety of the use and entry of Consent Judgments. *E.g.*, *Swift & Co. v. United States*, 276 U.S. 311, 325 (1928); *Pope v. United States*, 323 U.S. 1, (1944); *United States v. Armour & Co.*, 402 U.S. 673 (1971); *Local Number 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 519 (1986); *Rufo v. Inmates of Suffolk County Jail*, 502 U.S. 367, 378 (1992).

The Eleventh Circuit has recognized a "strong judicial policy favoring settlement as well as by the realization that compromise is the essence of settlement." *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984); *In re Equifax Inc. Customer Data Sec. Breach Litig.,* 999 F.3d 1247, 1273 (11th Cir. 2021) (reaffirming the policy in *Bennett*). In examining a consent judgment proposed a

---

[1] Pursuant to this Court's prior Order (DE 37), Non-Select Defendants Fourth Motion for Extension (DE 30) was granted, and Select Defendants have since been ordered to respond to Plaintiffs' Verified Complaint no later than October 13, 2023 (DE 37). Should Non-Select Defendants fail to respond to Plaintiffs' Verified Complaint by October 13, 2023, Plaintiffs intend to move for entry of default and default judgment against Non-Select Defendants.

district court should enter a proposed consent judgment if the court decides that it is fair, reasonable and equitable and does not violate the law or public policy." *Sierra Cub, Inc. v. Electronic Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990). Ultimately, settlements encourage informal resolution of disputes, allowing the parties to "gain significantly from avoiding the costs and risks of a lengthy and complex trial." *Ehrheart v. Verizon Wireless*, 609 F.3d 590, 595 (3d Cir. 2010).

In view of the foregoing, Plaintiffs and Select Defendants have agreed, in good faith, to resolve the claims alleged in Plaintiffs' Verified Complaint (DE 1) against Select Defendants by way of a Consent Judgment being entered in favor of Plaintiffs against Select Defendants, jointly and severally.

Moreover, the proposed Consent Judgment, attached hereto as Exhibit "1", is the result of extensive, arms-length negotiations between Plaintiffs and Select Defendants and their respective counsel(s), and Plaintiffs and Select Defendants agree that the terms of the proposed Consent Judgment, attached hereto as Exhibit "1", are fair, reasonable, and adequate, and shall further serve to resolve all claims asserted in Plaintiffs' Verified Complaint (DE 1) against Select Defendants.[1]

## CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant this Joint Motion for Approval of Consent Judgment Against Select Defendants, along with any other relief deemed by the Court to be just and proper.

| | |
|---|---|
| Dated: September 25, 2023 | Dated: September 25, 2023 |
| Respectfully Submitted, | Respectfully Submitted, |
| By: **/s/ Ryan C. Wagner** | By: **/s/ Jay Wolfson** |
| Ryan C. Wagner, Esq.<br>Florida Bar No. 109313<br>**WLG FIRM, PLLC**<br>Attorneys for Plaintiffs<br>110 SE 6th Street, Suite 1700<br>Fort Lauderdale, FL 33301<br>Tel: (954) 271-2424<br>Email: ryan@WLGFIRM.com | Jay Wolfson, Esq.<br>Florida Bar No. 4376<br>Attorney for Select Defendants<br>P.O. Box 430<br>San Antonio, FL 33576<br>Tel: (813) 265-2250<br>Email: hlthlawyer@gmail.com |

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(B), the undersigned counsel for Plaintiffs and Select Defendants hereby certify that reasonable efforts to confer with all parties who may be affected by the relief sought in this Joint Motion, and have agreed with the relief being sought in this Joint Motion for Approval of Consent Judgment Against Select Defendants.

Dated:  September 25, 2023                     Dated:  September 25, 2023

Respectfully Submitted,                         Respectfully Submitted,

By:  **/s/ Ryan C. Wagner**                    By:  **/s/ Jay Wolfson**

    Ryan C. Wagner, Esq.                         Jay Wolfson, Esq.
    Florida Bar No. 109313                       Florida Bar No. 4376
    **WLG FIRM, PLLC**                            Attorney for Select Defendants
    Attorneys for Plaintiffs                     P.O. Box 430
    110 SE 6th Street, Suite 1700                San Antonio, FL 33576
    Fort Lauderdale, FL 33301                    Tel: (813) 265-2250
    Tel: (954) 271-2424                          Email: hlthlawyer@gmail.com
    Email: ryan@WLGFIRM.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system and will be sent electronically to all persons identified on the Notice of Electronic Filing. I further certify that I will serve the forgoing document and notice of electronic filing, via Priority Mail, to the following Defendants, pursuant to Rule 5(b)(2)(C): PATRICK BRITTON-HARR, 640 Geneva Place Tampa, Fl 33606; BENJAMIN RICKETTS, 9530 NW 32nd Ave, Miami, FL 33147; and TOMBSTONE HOLDINGS, LLC, 251 Little Falls Drive, Wilmington, DE 19808.

By: **/s/ Ryan C. Wagner**
Ryan C. Wagner, Esq.
Florida Bar No. 109313
**WLG FIRM, PLLC**
Attorneys for Plaintiffs
110 SE 6th Street, Suite 1700
Fort Lauderdale, FL 33301
Tel: (954) 271-2424
Email: ryan@WLGFIRM.com