UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROYAL AGMBR, LLC, et. al.,

    Plaintiff,

v.                                         CASE NO. 8:23-cv-1117-SDM-CPT

AEROVANTI, INC., et. al. ,

    Defendant.
_____/

## **ORDER**

The plaintiffs and Aerovanti, Inc.; Aerovanti Aviation, LLC; Aerovanti Aircraft, LLC; Aerovanti Capital, LLC; Aerovanti Maintenance, LLC; Aerovanti Hangar, LLC (Maryland); Aerovanti Hangar, LLC (Florida); and Aerovanti Brokerage, Inc. stipulate (Doc. 40) to a judgment for the plaintiffs and against the named defendants jointly and severally for $750,000. The clerk must enter a judgment for the plaintiffs and against the named defendants jointly and severally for $750,000.

ORDERED in Tampa, Florida, on October 4, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE